FILED
CLERK, U.S. DISTRICT COURT
OCT 2 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

✓ Priority
✓ Send
__ Clsd
✓ Enter
NO JS-5/JS-6
__ JS-2/JS-3
__ Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FAUSTINO'S ITALIAN KITCHEN; L.A. DEVELOPMENT INC., a California corporation; FAUSTINO HERNANDEZ, an individual dba FAUSTINO'S ITALIAN KITCHEN,<br><br>        Defendants. | Case No. CV 05-05946 DDP (CWx)<br><br>**ORDER REMANDING STATE LAW CLAIMS AND STAYING FEDERAL LAW CLAIM**<br><br>ENTERED<br>CLERK, U.S. DISTRICT COURT<br>OCT 2 5 2005<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY<br><br>**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).** |

The plaintiffs, Les Jankey ("Jankey") and Disability Rights Enforcement, Education Services: Helping you Help Others (DREES), brought an action against Faustino's Italian Kitchen, L.A. Development Inc, and Faustino Hernandez. Jankey uses a wheelchair. He alleges that he was denied access to Faustino's Italian Kitchen as a result of architectural barriers, thereby denying him access to the facilities. The plaintiffs brought actions based on the

1  Americans with Disabilities Act of 1990 ("ADA") and various state
2  laws.
3      The Court severs the ADA claim from the state claims, over
4  which the Court declines to exercise supplemental jurisdiction. The
5  Court therefore remands the state law claims and stays the ADA
6  claim pending resolution of the state law claims.
7  .

9  IT IS SO ORDERED.

12 Dated: 10-24-05                    _____
                                      DEAN D. PREGERSON
13                                    United States District Judge

2